# EXHIBIT 2

## FIRST AMENDMENT TO SERVICES AGREEMENT

THIS FIRST AMENDMENT TO SERVICES AGREEMENT ("Amendment") is dated as of this **26th day of July, 2023**, but to be effective as of **July 21, 2023** (the "Effective Date"), and is made by and between NITYO INFOTECH CORP. ("Client"), and JONES LANG LASALLE BROKERAGE, INC. ("Broker"), with respect to the following:

### RECITALS

A.  Broker and Client entered into a certain Services Agreement dated July 21, 2022 ("Agreement"), pursuant to which Client engaged Broker to perform the Services with respect to the Premises (the "Property").

B.  Broker and Client desire to amend the Agreement to reflect an extension of the term, upon and subject to the terms, covenants and conditions hereinafter set forth.

### A G R E E M E N T:

NOW, THEREFORE, in consideration of the foregoing Recitals, the mutual covenants and agreements contained in this Amendment, and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties hereto hereby agree as follows:

1.  The term of the Agreement shall be extended so that it will expire on July 22, 2024.

2.  Capitalized terms not otherwise defined herein shall be defined as in the Agreement. This Amendment sets forth the entire agreement between the parties with respect to the matters set forth herein. In all other respects, the Agreement shall remain unmodified and in full force and effect. There have been no additional oral or written representations or agreements with respect to the matters described herein. The parties hereby ratify the Agreement as amended by this Amendment as well as any actions taken by Broker and confirm that it is in full force and effect. In case of any inconsistency between the provisions of the Agreement and this Amendment, the latter provisions shall govern and control.

3.  This Amendment may be executed in counterparts, each of which shall be deemed an original and all of which shall be deemed one and the same instrument.

4.  Notwithstanding, either party may terminate this Agreement by providing thirty (30) days prior written notice to the other party.

REMAINDER OF PAGE INTENTIONALLY LEFT BLANK

The parties have executed this Amendment as of the day and year first written above.

**NITYO INFOTECH CORPORATION**

By: _____
Name: **AKASH TIWARI**
Title:  **PRESIDENT**

**JONES LANG LASALLE BROKERAGE, INC.**

By: _____
Name:  Peter Riguardi
Title:   Chairman & President

-2-