# EXHIBIT 3

## Bencze, Ansel

| | |
|---|---|
| **From:** | Govind - Nityo Infotech <govind@nityo.com> |
| **Sent:** | Monday, July 31, 2023 2:04 PM |
| **To:** | Landmann, Simon |
| **Cc:** | 'Akash Tiwari'; Konsker, Mitchell |
| **Subject:** | [EXTERNAL] Reg: Termination of Lease - 1675 Broadway |

**Caution: Message from external sender**

**Dear Simon,**

We would like to inform you that Publicis/MMS Holdings has partially terminated the 1675 Broadway lease. Effective from August 01, 2023, only the Floors 4, 5 and 6 shall be under Nityo and all other floors stands released from Nityo through this termination of the lease by the sub-landlord.

**Sincerely,**
*Govind V Desikan*
*Team – Legal & Compliance*
*+1 609 297 8460 | govind@nityo.com*



**Nityo Infotech Corporation**
666, Plainsboro Road, Suite 1285
Plainsboro, NJ 08536
www.nityo.com

USA | Canada | India | Singapore | Malaysia | Indonesia | Philippines | Thailand | UK | Australia / Zealand | Mexico | Brazil

***Disclaimer:*** *http://www.nityo.com/Email_Disclaimer.html*

*If you feel you received this email by mistake or wish to unsubscribe, kindly reply to this email with "UNSUBSCRIBE" in the subject line*