UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

Jones Lang LaSalle Brokerage, Inc.

Plaintiff(s)

- v -

Nityo Infotech Corporation

Defendant(s)
_____

**RULE 7.1 STATEMENT**

23-cv-10738
Case Number

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for

Jones Lang LaSalle Brokerage, Inc.

(a private non-governmental party or intervenor) certifies the following:

**Part I**

Complete this portion in all cases.

Identify any corporate affiliates, subsidiaries, and/or parent corporation and any publicly held corporation owning 10% or more of the stock of any non-governmental corporate party or intervenor.  If there are no such corporations, the form shall so state.

Jones Lang LaSalle Brokerage, Inc. is wholly-owned subsidiary of Jones Lang LaSalle Americas, Inc., which is a wholly-owned subsidiary of Jones Lang LaSalle, Inc. (NYSE:JLL), a public company.

1

**Part II**

Complete this portion only if jurisdiction is based on diversity of citizenship under 28 U.S.C. § 1332(a).

Name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor for purposes of establishing jurisdiction based upon diversity of citizenship (note: the citizenship of an L.L.C. is the citizenship of each of its members).

Jones Lang LaSalle Brokerage, Inc. is a corporation organized, existing, and operated under the laws of Texas, with its principal place of business at 200 East Randolph Drive, Chicago, Illinois 60601.

12/8/23
Date

_____
Signature of Attorney

August 16, 2005
_____
Bar Admission Date

Note – This form is required to be filed when the action is filed in, or removed to, federal court, and when any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a).

Form Rule7_1.pdf  SDNY Web 12/2022