UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
JONES LANG LASALLE BROKERAGE,  :
INC.,                          :
                               :
               Plaintiff, :     23-CV-10738 (VSB)
                               :
        -against-         :     **ORDER**
                               :
NITYO INFOTECH CORPORATION,    :
                               :
              Defendant.  :
                               :
----------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action on December 8, 2023, (Doc. 1), and filed an affidavit of service on December 13, 2023, (Doc. 6).  The deadline for Defendant to respond to Plaintiff's complaint was January 2, 2024.  To date, Defendant has not appeared or responded to the complaint.  Plaintiff, however, has taken no action to prosecute this case.  Accordingly, if Plaintiff intends to seek a default judgment, it is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than February 5, 2024.  If Plaintiff fails to do so or otherwise demonstrate that it intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    January 22, 2024
            New York, New York

                                                                   _____
                                                                       VERNON S. BRODERICK
                                                                       United States District Judge