UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                              23-CV-10738 (VSB)
------------------------------------------------------------------------X
JONES LANG LASALLE BROKERAGE, INC.,

                        Plaintiff,

   -*against*-


NITYO INFOTECH CORPORATION,

                        Defendant.
------------------------------------------------------------------------X

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned is admitted to practice in this Court, and hereby appears as attorney of record for Defendant, ***NITYO INFOTECH CORPORATION*** in this proceeding and demand that you serve all papers in this proceeding upon the undersigned at the office address stated herein.

Dated: January 24, 2024
       Kew Gardens, NY

                                      **SHIRYAK, BOWMAN, ANDERSON, GILL & KADOCHNIKOV LLP**

                                      _____
                                      By: Dustin Bowman, Esq.
                                      *Counsel for Defendant*
                                      80-02 Kew Gardens Road, Suite 600
                                      Kew Gardens NY 11415
                                      Tel: 718-263-6800
                                      Email: Dbowman@sbagk.com