FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP

> **APPLICATION GRANTED**
> **SO ORDERED**
> **VERNON S. BRODERICK**
> **U.S.D.J.**
> 10/31/2024
> The telephonic conference currently scheduled for November 22, 2024 is ADJOURNED to November 26, 2024 at 11:00am.

Direct Line: +1.212.859.8311
Email: emilie.cooper@friedfrank.com

October 30, 2024

*Via ECF*

The Honorable Vernon S. Broderick
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 518
New York, NY 10007

      Re:    *Jones Lang LaSalle Brokerage, Inc. v. Nityo Infotech Corp.*, 1:23-cv-10738-VSB
             Letter motion for adjournment of post-discovery conference

Dear Judge Broderick:

      My firm represents Plaintiff and Counterclaim Defendant Jones Lang LaSalle Brokerage, Inc. ("JLL") in the above-referenced action. With the consent of Defendant and Counterclaim Plaintiff Nityo Infotech Corporation ("Nityo"), we write to respectfully request an adjournment of the telephonic post-discovery conference presently scheduled for November 22, 2024 at 2:00 p.m. pursuant to the Second Amended Case Management Plan and Scheduling Order signed by this Court on October 15, 2024. *See* ECF Dkt. No. 24. We are not seeking to extend any deadlines for discovery or for completion of discovery, and this is the first request specifically to adjourn the post-discovery conference.

      Unfortunately, due to pre-existing travel arrangements, I will be unavailable the week of November 18, including on November 22, 2024, and respectfully request adjournment to a later date.

      There have been two prior adjournments of discovery that resulted in adjournments of the post-discovery conference: (i) when the Court granted an extension of discovery to October 30, 2024, the Court adjourned the post-discovery conference to December 13, 2024, *see* ECF Dkt. No. 22; and (ii) when the Court granted an extension of discovery to November 15, 2024, the Court rescheduled the post-discovery conference to November 22, 2024, *see* ECF Dkt. No. 24.

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP

Hon. Vernon S. Broderick　　　　　　　　　　　　　　　　　　October 30, 2024
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 2

      For the foregoing reasons, JLL respectfully requests that this adjournment on consent be granted.

　　　　　　　　　　　　　　　　　　　　　　Respectfully,

　　　　　　　　　　　　　　　　　　　　　　*/s/ Emilie B. Cooper*

　　　　　　　　　　　　　　　　　　　　　　Emilie B. Cooper


cc: Counsel of Record, via ECF