```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
JONES LANG LASALLE BROKERAGE,                              :
INC.,                                                      :
                                                           :
                           Plaintiff,                      :      23-CV-10738 (VSB)
                                                           :
               -against-                                   :            ORDER
                                                           :
NITYO INFOTECH CORPORATION,                                :
                                                           :
                           Defendant.                      :
                                                           :
----------------------------------------------------------- X
```

VERNON S. BRODERICK, United States District Judge:

      I will hold a telephonic post-discovery conference is in this matter on January 6, 2025 at 2:00pm.  The parties shall attend the conference on the Court's new dial-in line: the phone number is 1-855-244-8681, the access code is 2309 3085 835, and there is no attendee ID.

SO ORDERED.

Dated:    January 2, 2025
             New York, New York

                                                          _____
                                                           VERNON S. BRODERICK
                                                           United States District Judge