```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JONES LANG LASALLE BROKERAGE,                               :
INC.,                                                       :
                                                            :
                              Plaintiff,                    :   23-CV-10738 (VSB)
                                                            :
              -against-                                     :   ORDER
                                                            :
NITYO INFOTECH CORPORATION,                                 :
                                                            :
                              Defendant.                    :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

    I held a post-discovery conference in this matter on January 6, 2025 at 2:00pm. In accordance with my comments at the conference, it is hereby:

    ORDERED that Plaintiff's motion for summary judgment and its opening brief are due January 9, 2025. Defendant's opposition brief is due February 28, 2025. Plaintiff's reply is due March 28, 2025.

SO ORDERED.

Dated:    January 6, 2025
            New York, New York

                                                                                     _____
                                                                                    VERNON S. BRODERICK
                                                                                     United States District Judge